# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| CHRISTINE CURRY, individually and on behalf of all others similarly situated, et al. <br> v. <br> FIDELITY NATIONAL FINANCIAL, INC., LOANCARE, LLC, and FIDELITY NATIONAL TITLE INSURANCE COMPANY | CASE NOS. 3:23-cv-1508-MMH-MCR <br> 3:23-cv-1509-MMH-MCR <br> 3:24-cv-11-MMH-JBT <br> 3:24-cv-12-MMH-MCR <br> 3:24-cv-19-MMH-LLL <br> 3:24-cv-21-MMH-PDB <br> 3:24-cv-28-MMH-JBT <br> 3:24-cv-30-MMH-LLL <br> 3:24-cv-115-MMH-PDB |
| <u>Counsel for Plaintiffs:</u> <br> Bryan Bleichner <br> Mariya Weekes <br> Francesca Burne <br> Gary Mason <br> Raina Borrelli <br> Mark Reich <br> Brooke Murphy <br> Robert Murphy <br> Kelly Hyman <br> Ra Amen <br> Katherine Yanes <br> Patrick Donathen <br> Jeffrey Ostrow | <u>Counsel for Defendants:</u> <br> Ian Ross <br> Eamon Joyce |

## HONORABLE MARCIA MORALES HOWARD
## UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Courtroom Deputy: Jodi L. Wiles | Court Reporter: Katharine Healey |

## CLERK'S MINUTES

PROCEEDINGS OF:   STATUS CONFERENCE (VIA ZOOM)

The following corporate representatives for Defendants were also present: Mark Schiffman, Kimberly Allums, and Febronia N'Dri.

Plaintiffs' Joint Motion to Consolidate Actions, Appoint Interim Class Counsel, and Set Scheduling Deadlines (Dkt. No. 24) is **GRANTED in part** as stated on the record.

As to the appointment of interim class counsel, the Court directs Bryan Bleichner and Mariya Weekes to confer with defense counsel, and no later than **March 4, 2024**, submit to the undersigned's chambers email account a proposed order of appointment consistent with the Court's oral ruling.

These cases are consolidated and all filings shall be made in Case No. 3:23-cv-1508-MMH-MCR.   The   Clerk   of   the   Court   is   directed   to   **STAY AND ADMINISTRATIVELY CLOSE** the remaining cases.

Plaintiffs' Consolidated Complaint due **March 19, 2024**.   Motion to dismiss or answer due **April 16, 2024**.   Response due **May 7, 2024**.   Reply due **May 21, 2024**.

Rule 7.1 and Local Rule 3.03 disclosure statements due no later than **March 8, 2024**, if not already filed.

The parties shall have up to and including **March 26, 2024**, to file a Case Management Report.

The parties are directed to file a notice if there are any new developments in the cases pending in other jurisdictions.

**Order to enter.**

Date: February 27, 2024          Time: 3:05 p.m. – 4:05 p.m.          Total: 1 Hour