**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In re: LOANCARE DATA
SECURITY BREACH
LITIGATION                                             Lead Case No. 3:23-cv-1508-MMH-MCR

_____/

# ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Notice of Voluntary Dismissal Without Prejudice (Dkt. No. 109; Notice) filed on September 20, 2024. In the Notice, Plaintiff Ryan Turizo requests dismissal, without prejudice, of his individual action, Turizo v. Fidelity National Financial, Inc., et al., Case No. 3:24-cv-28. See Notice at 1. Upon review of the docket, the Court notes that Defendants have neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

**ORDERED:**

1. The claims raised by Plaintiff Ryan Turizo are **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to terminate this Plaintiff.

3. The Clerk of the Court is further directed to file the Notice and this Order in Case No. 3:24-cv-28-MMH-JBT and close that file.

**DONE AND ORDERED** in Jacksonville, Florida this 24th day of September, 2024.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record